Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiffs
DANIEL GARZA, JOSHUA RUIZ,
ELISABETH CROUCHLEY, STEVEN PASSAL,
RUSSELL VREELAND, ANTHONY PIRES,
JOHN RUFFNER, and JENNIFER LORET DE MOLA

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO
POLICE DEPARTMENT, and DANIEL HAHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL GARZA, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>            Defendants. | Case No. 2:20-cv-01229-WBS-JDP<br><br>**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION;** [PROPOSED] **ORDER** |

1

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Garza v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01229-WBS-JDP

**STIPULATION**

Pursuant to Fed. R. Civ. P. 26(c), E.D. Cal. L.R. 141.1, and 45 C.F.R. § 164.512(e)(1)(v), the parties stipulate to the entry of a qualified protective order as follows:

1. The parties and their attorneys are authorized to receive, subpoena, and transmit "protected health information" pertaining to Plaintiffs to the extent and subject to the conditions outlined herein.

2. For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. § 160.103 and 164.501. Protected health information includes, but is not limited to, health information, including demographic information, relating to either (a) the past, present, or future physical or mental condition of an individual; (b) the provision of care to an individual; or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. All "covered entities" (as defined by 45 C.F.R. § 160.103) are hereby authorized to disclose protected health information pertaining to Plaintiffs to attorneys representing Plaintiffs and Defendants in the above-captioned litigation.

4. The parties and their attorneys shall be permitted to use or disclose the protected health information of Plaintiffs for purposes of prosecuting or defending this action including any appeals of this case. This includes, but is not necessarily limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process.

5. Prior to disclosing Plaintiffs' protected health information to persons involved in this litigation, counsel shall inform each such person that Plaintiffs' protected health information may not be used or disclosed for any purpose other than this litigation. Counsel shall take all other reasonable steps to ensure that persons receiving Plaintiffs' protected health information do not use or disclose such information for any purpose other than this litigation.

6. Within 45 days after the conclusion of the litigation including appeals, the parties, their attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return Plaintiffs' protected health information to the

2

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Garza v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01229-WBS-JDP

covered entity or destroy any and all copies of protected health information pertaining to Plaintiffs, except that counsel are not required to secure the return or destruction of protected health information submitted to the court.

7. This Order does not authorize either party to seal court filings or court proceedings. A party may seek permission from the Court to file protected health information under seal pursuant to E.D. Cal. L.R. 141.

IT IS SO STIPULATED.

Dated: April 25, 2022                 Respectfully Submitted,
                                      LAW OFFICE OF MARK E. MERIN

                                          */s/ Mark E. Merin*

                                      By: _____
                                          Mark E. Merin
                                          Paul H. Masuhara

                                              Attorneys for Plaintiffs
                                              DANIEL GARZA, JOSHUA RUIZ,
                                              ELISABETH CROUCHLEY, STEVEN PASSAL,
                                              RUSSELL VREELAND, ANTHONY PIRES,
                                              JOHN RUFFNER, and JENNIFER LORET DE MOLA

Dated: April 25, 2022                 Respectfully Submitted,
                                      CITY OF SACRAMENTO

                                          */s/ Chance L. Trimm*
                                          (as authorized on April 25, 2022)
                                      By: _____
                                          Chance L. Trimm

                                              Attorney for Defendants
                                              CITY OF SACRAMENTO, SACRAMENTO
                                              POLICE DEPARTMENT, and DANIEL HAHN

3

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Garza v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01229-WBS-JDP

**[PROPOSED] ORDER**

The parties' stipulation is GRANTED.

IT IS SO ORDERED.

Dated:  May 2, 2022                              _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE

4

**STIPULATED PROTECTIVE ORDER RE: PROTECTED HEALTH INFORMATION**
*Garza v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01229-WBS-JDP