SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO,
SACRAMENTO POLICE DEPARTMENT and
DANIEL HAHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARZA; JOSHUA RUIZ; ELISABETH CROUCHLEY; STEVEN PASSAL; RUSSELL VREELAND; ANTHONY PIRES; JOHN RUFFNER; and JENNIFER LORET DE MOLA; on behalf of themselves and as a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; DANIEL HAHN; and DOES 1-225,<br><br>Defendants. | Case No.:  2:20-cv-01229-WBS-JPD<br><br>**ORDER REGARDING STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND SETTING NEW DEADLINES FOR FILING AND SERVICE OF DEFENDANTS' OPPOSITION AND PLAINTIFFS' REPLY** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The parties having stipulated, and good cause having been shown, IT IS HEREBY ORDERED that:

The parties' stipulation regarding Plaintiffs' Motion for Class Certification is hereby approved.

/ / /

The hearing on Plaintiffs' Motion for Class Certification is hereby continued, from June 13, 2022, to **July 11, 2022 at 1:30 p.m.**

Defendants' Opposition shall be filed and served no later than June 13, 2022; and

Plaintiffs' Reply shall be filed and served June 27, 2022.

All other pre-trial and trial dates remain in effect.

IT IS SO ORDERED.

Dated: May 24, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
ORDER CONTINUING CLASS CERTIFICATION MOTION HEARING DATE
1124247)}»