Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:         mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiffs
DANIEL GARZA, JOSHUA RUIZ,
ELISABETH CROUCHLEY, STEVEN PASSAL,
RUSSELL VREELAND, ANTHONY PIRES,
JOHN RUFFNER, and JENNIFER LORET DE MOLA

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO
POLICE DEPARTMENT, and DANIEL HAHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL GARZA, JOSHUA RUIZ, ELISABETH CROUCHLEY, STEVEN PASSAL, RUSSELL VREELAND, ANTHONY PIRES, JOHN RUFFNER, and JENNIFER LORET DE MOLA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, DANIEL HAHN, and DOE 1 to 225,<br><br>Defendants. | Case No. 2:20-cv-01229-WBS-JDP<br><br>**STIPULATION FOR SCHEDULING OF SETTLEMENT CONFERENCE AND CONTINUATION OF PRETRIAL DATES; ORDER** |

1

**STIPULATION FOR SCHEDULING OF SETTLEMENT CONFERENCE AND CONTINUATION OF PRETRIAL DATES; ORDER**
*Garza v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01229-WBS-JDP

## STIPULATION

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties—Plaintiffs Daniel Garza, Joshua Ruiz, Elisabeth Crouchley, Steven Passal, Russell Vreeland, Anthony Pires, John Ruffner, and Jennifer Loret de Mola (collectively, "Plaintiffs") and Defendants City of Sacramento, Sacramento Police Department, and Daniel Hahn (collectively, "Defendants")—submit the following stipulation.

WHEREFORE, the parties have agreed to participate in a settlement conference;

WHEREAS, the parties have confirmed availability to conduct a settlement conference before Magistrate Judge Kendall J. Newman on October 17, 2022, at 9:00 a.m., and October 18, 2022, at 9:30 a.m.;

Now, THEREFORE, the parties stipulate:

1. To refer the case to Magistrate Judge Kendall J. Newman for a settlement conference;

2. To schedule a settlement conference before Magistrate Judge Kendall J. Newman on October 17, 2022, at 9:00 a.m., and October 18, 2022, at 9:30 a.m.;

3. To continue the final pretrial conference from August 1, 2022, at 1:30 p.m., to February 13, 2023, at 1:30 p.m.; and

4. To continue trial from September 27, 2022, at 9:00 a.m., to April 18, 2023, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: July 18, 2022

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
    Mark E. Merin
    Paul H. Masuhara

    Attorneys for Plaintiffs
    DANIEL GARZA, JOSHUA RUIZ,
    ELISABETH CROUCHLEY, STEVEN PASSAL,
    RUSSELL VREELAND, ANTHONY PIRES,
    JOHN RUFFNER, and JENNIFER LORET DE MOLA

2

**STIPULATION FOR SCHEDULING OF SETTLEMENT CONFERENCE AND CONTINUATION OF PRETRIAL DATES; ORDER**
*Garza v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01229-WBS-JDP

Dated: July 18, 2022

Respectfully Submitted,
CITY OF SACRAMENTO

*/s/ Chance L. Trimm*
(as authorized on July 18, 2022)
By: _____
Chance L. Trimm

Attorney for Defendants
CITY OF SACRAMENTO, SACRAMENTO
POLICE DEPARTMENT, and DANIEL HAHN

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED. The Court:

1. REFERS the case to Magistrate Judge Kendall J. Newman for a settlement conference;

2. SCHEDULES a settlement conference before Magistrate Judge Kendall J. Newman on October 17, 2022, at 9:00 a.m., and October 18, 2022, at 9:30 a.m.;

3. CONTINUES the Final Pretrial Conference to February 13, 2023, at 1:30 p.m.; and

4. CONTINUES Jury Trial to April 18, 2023, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  July 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

**STIPULATION FOR SCHEDULING OF SETTLEMENT CONFERENCE AND CONTINUATION OF PRETRIAL DATES; ORDER**
*Garza v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01229-WBS-JDP