Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
                   paul@markmerin.com

Attorneys for Plaintiffs
DANIEL GARZA, JOSHUA RUIZ,
ELISABETH CROUCHLEY, STEVEN PASSAL,
RUSSELL VREELAND, ANTHONY PIRES,
JOHN RUFFNER, and JENNIFER LORET DE MOLA

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, SACRAMENTO
POLICE DEPARTMENT, and DANIEL HAHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL GARZA, JOSHUA RUIZ, ELISABETH CROUCHLEY, STEVEN PASSAL, RUSSELL VREELAND, ANTHONY PIRES, JOHN RUFFNER, and JENNIFER LORET DE MOLA,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, DANIEL HAHN, and DOE 1 to 225,<br><br>Defendants. | Case No. 2:20-cv-01229-WBS-JDP<br><br>**PLAINTIFFS DANIEL GARZA'S STIPULATION OF DISMISSAL, WITHOUT PREJUDICE** |

1

Plaintiff Daniel Garza and Defendants City of Sacramento, Sacramento Police Department, Daniel Hahn STIPULATE to DISMISS the remaining claims and defenses, WITHOUT PREJUDICE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This stipulation for dismissal is made without prejudice to Plaintiff Daniel Garza re-filing each of his individual claims and causes of action asserted in this federal court action in a state court action, wherein Defendants agree not to seek removal to federal court pursuant to 28 U.S.C. § 1441(c), or any other provision.

This stipulation for dismissal results in the dismissal of all claims and defenses asserted in this federal court action because the remaining parties and claims were dismissed in a separate stipulation, ECF No. 30. Accordingly, the Court may now close this case.

IT IS SO STIPULATED.

Dated: January 31, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
   Mark E. Merin
   Paul H. Masuhara

   Attorneys for Plaintiffs
   DANIEL GARZA, JOSHUA RUIZ,
   ELISABETH CROUCHLEY, STEVEN PASSAL,
   RUSSELL VREELAND, ANTHONY PIRES,
   JOHN RUFFNER, and JENNIFER LORET DE MOLA

Dated: January 31, 2023

Respectfully Submitted,
CITY OF SACRAMENTO

*/s/ Chance L. Trimm*
(as authorized on January 31, 2023)
By: _____
   Chance L. Trimm

   Attorney for Defendants
   CITY OF SACRAMENTO, SACRAMENTO
   POLICE DEPARTMENT, and DANIEL HAHN

2

**STIPULATION OF DISMISSAL, WITHOUT PREJUDICE**
*Garza v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01229-WBS-JDP